UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RODNEY H. WITHERSPOON and | ) | |
| SALIMAH HANAN EL-AMIN | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:21-cv-360-FL |
| STATE EMPLOYEES' CREDIT UNION | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 29, 2022, and for the reasons set forth more specifically therein, defendant's motion for judgment on the pleadings is GRANTED. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 29, 2022, and Copies To:**
James E. Hairston, Jr. / Bryan M. Sumner  (via CM/ECF Notice of Electronic Filing)
John Thomas Cook (via CM/ECF Notice of Electronic Filing)

August 29, 2022                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk